# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 6:05cr00024-1 |
| | ) | |
| v. | ) | **2255 MEMORANDUM OPINION** |
| | ) | |
| MEBLIN XIOMAR FIGUEROA, | ) | By: Norman K. Moon |
| Petitioner. | ) | United States District Judge |

Meblin Xiomar Figueroa, a federal inmate proceeding *pro se*, filed an "Application for Writ of Habeas Corpus Seeking to Overturn[] Gun Conviction" which I will construe as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Upon review of the record, however, I find that the § 2255 motion must be dismissed as successive.

Figueroa challenges his 375-month sentence for various drug and firearm offenses. Court records indicate that Figueroa previously filed two § 2255 motions regarding the same convictions and sentence, both of which I dismissed. *See* Civil Case No. 7:07cv329; Criminal Case No. 6:05cr24-1, Docket Nos. 69, 70, and 71. I may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. *See* § 2255(h). As Figueroa has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, I must dismiss his motion as successive.[1]

**ENTER**: This 1st day of April, 2014.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel certification that the district court may review the successive § 2255 motion. *See* 28 U.S.C. § 2244. A Fourth Circuit form and instructions for filing this motion are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.