IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| UNITED STATES OF AMERICA | ) | Civil Action No. 6:05cr00024-1 |
|---|---|---|
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| MEBLIN XIOMAR FIGUEROA, | ) | By: Norman K. Moon |
| Petitioner. | ) | United States District Judge |

In accordance with this court's memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that Figueroa's "Application for Writ of Habeas Corpus Seeking to Overturn[] Gun Conviction" (Docket No. 90) is **CONSTRUED** as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255; the § 2255 motion is **DISMISSED without prejudice** as successive; and the case is **STRICKEN** from the active docket.

Further, the court finds that Figueroa has not made the requisite showing of the substantial denial of a constitutional right as required by 28 U.S.C. § 2253(c) and, therefore, a certificate of appealability is **DENIED**.

**ENTER**: This 1st day of April, 2014.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE